```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 05952
    JOYCE E TRIMUEL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8043

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/24/2006 and was confirmed 07/31/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 08/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG           .00             .00             .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE        353.30             .00          353.30
AMERICAS SERVICING CO     NOTICE ONLY       NOT FILED             .00             .00
ADVOCATE CHRIST HOSPITAL  UNSECURED         NOT FILED             .00             .00
ADVOCATE CHRIST HOSPITAL  UNSECURED         NOT FILED             .00             .00
ADVOCATE CHRIST HOSPITAL  UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED         NOT FILED             .00             .00
AMERICAS SERVICING COMPA  NOTICE ONLY       NOT FILED             .00             .00
AMERIQUEST MORTGAGE       NOTICE ONLY       NOT FILED             .00             .00
AT & T BROADBAND          UNSECURED         NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED            707.54             .00             .00
CHARTER ONE BANK          UNSECURED         NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            498.95             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            815.14             .00             .00
CHARTER ONE BANK          UNSECURED         NOT FILED             .00             .00
CHRIST HOSPITAL MEDICAL   UNSECURED         NOT FILED             .00             .00
COMCAST                   UNSECURED         NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED          13035.44             .00             .00
CUB FOODS                 UNSECURED         NOT FILED             .00             .00
CUB FOODS                 UNSECURED            115.81             .00             .00
DIRECTV                   UNSECURED         NOT FILED             .00             .00
FNCB/SPLEGL/EBAUR/MWPT    NOTICE ONLY       NOT FILED             .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED         NOT FILED             .00             .00
FIRST PREIMER BANK        UNSECURED         NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05952 JOYCE E TRIMUEL
```

```
FIRST SELECT CORPORATION UNSECURED       NOT FILED            .00              .00
ILLINOIS DEPT HUMAN SERV UNSECURED       NOT FILED            .00              .00
INGALLS MIDWEST EMMERGEN UNSECURED       NOT FILED            .00              .00
LOAN MACHINE             UNSECURED       NOT FILED            .00              .00
LVNV FUNDING             UNSECURED       NOT FILED            .00              .00
LVNV FUNDING             UNSECURED       NOT FILED            .00              .00
ROUNDUP FUNDING LLC      UNSECURED          347.44            .00              .00
ROUNDUP FUNDING LLC      UNSECURED          192.25            .00              .00
MCI COMMUNICATIONS       UNSECURED       NOT FILED            .00              .00
MICHAELS STORE 0109      UNSECURED       NOT FILED            .00              .00
ORAL SURGERY CENTER CHGO UNSECURED       NOT FILED            .00              .00
RADIOLOGY IMAGING CONSUL UNSECURED       NOT FILED            .00              .00
SIR FINANCE              UNSECURED       NOT FILED            .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED            .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED            .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED            .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED            .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED            .00              .00
SPRINT PCS               UNSECURED          555.02            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED            .00              .00
TCF                      UNSECURED       NOT FILED            .00              .00
TCF BANK                 NOTICE ONLY     NOT FILED            .00              .00
TCF BANK                 NOTICE ONLY     NOT FILED            .00              .00
TCF                      UNSECURED       NOT FILED            .00              .00
TCF NATIONAL BANK        NOTICE ONLY     NOT FILED            .00              .00
PAYDAY LOAN STORE        UNSECURED       NOT FILED            .00              .00
TRIAD FINANCIAL CORP     UNSECURED        12860.43            .00              .00
UNIVERSITY OF CHICAGO PH UNSECURED       NOT FILED            .00              .00
WM STORES INC ONE        UNSECURED       NOT FILED            .00              .00
CAPITAL ONE BANK         UNSECURED         3402.02            .00              .00
AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1778.48            .00              .00
RX ACQUISITIONS LLC      UNSECURED          886.34            .00              .00
NATIONAL CAPITAL MGMT LL UNSECURED         1778.48            .00              .00
INTERNAL REVENUE SERVICE PRIORITY          6137.80            .00           614.39
INTERNAL REVENUE SERVICE UNSECURED          408.53            .00              .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT     114.00             .00           114.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      3,000.00                          437.65
TOM VAUGHN               TRUSTEE                                             86.50
DEBTOR REFUND            REFUND                                                .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------


                    PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 05952 JOYCE E TRIMUEL
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  1,605.84

PRIORITY                                         728.39
SECURED                                          353.30
UNSECURED                                           .00
ADMINISTRATIVE                                   437.65
TRUSTEE COMPENSATION                              86.50
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                    1,605.84            1,605.84
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   3
        CASE NO. 06 B 05952 JOYCE E TRIMUEL